ISRAEL BROWN, APPELLANT, *v.* JULIUS BECHT AND OTHERS,
RESPONDENTS.

Judgment reversed, new trial ordered, costs to abide the event.
Opinion by DAVIS, P. J.

WILLIAM J. COMLY, RESPONDENT, *v.* THE MAYOR, ETC.,
OF THE CITY OF NEW YORK, APPELLANT.

Order reversed, new trial ordered, costs to abide the event.
Opinion by BRADY, J.

GEORGE N. WESTON AND THOMAS P. FISKE, RESPONDENTS,
*v.* THE CHROME STEEL COMPANY, APPELLANT.

Judgment affirmed.
Opinion *Per Curiam.*

J. EUGENE ROBERT, APPELLANT, *v.* ABRAHAM
STRASBURGER, RESPONDENT.

Judgment affirmed, with costs.
Opinion by BARRETT, J.

LEVI S. CHATFIELD AND ANOTHER, APPELLANTS, *v.* ISAAC P.
WHITEHEAD AND OTHERS, RESPONDENTS.

Order reversed, with ten dollars costs and disbursements.

SAMUEL SHETHAR AND ANOTHER, RESPONDENTS, *v.*
THEODORE BABCOCK, APPELLANT.

Order affirmed, with ten dollars costs and disbursements.

JOHN T. WILSON *v.* HELEN L. SIMPSON.

Order reversed and motion granted so far as to direct that unless judgment be entered by respondent within ten days after service of the order to be entered hereon, the appellant have leave to enter judgment in conformity to the order on the appeal, without costs to either party.